**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



MEMORANDUM ORDER

Appellate case name:      Bobby Dean Jones v. The State of Texas

Appellate case number:   01-12-00555-CR

Trial court case number:  1303052

Trial court:                    339th District Court of Harris County

Certain exhibits were admitted into evidence at trial in the above case but are not a part of the appellate record. This Court, acting *sua sponte,* orders the Harris County District Clerk, or the court reporter if the exhibit is still in his or her possession, to send the original of the following exhibits to this Court:

- State's Exhibit 4-B, "audio statement," identified on page 8 of volume 10 of the reporter's record on file in this court;
- State's Exhibit 4-A, "CD-statement," identified on page 9 of volume 10 of the reporter's record on file in this court;
- State's Exhibit 5, "CD-911 call," identified on page 10 of volume 10 of the reporter's record on file in this court;
- State's Exhibit 5, "CD-911 call," identified on page 11 of volume 10 of the reporter's record on file in this court;
- State's Exhibit 31, "Video," identified on page 37 of volume 10 of the reporter's record on file in this court; and
- State's Exhibit 42, "CD recording," identified on page 47 of volume 10 of the reporter's record on file in this court.

The Clerk of this Court is directed to cooperate with the district clerk and/or court reporter to provide for the safekeeping, transportation, and return of such exhibit. *See* TEX. R. APP P. 34.6(G)(2).

The exhibit is due in this Court no later than Wednesday, November 27, 2013.

It is so ORDERED.


Judge's signature:  /s/ Laura Carter Higley

Acting individually


Date:  November 20, 2013